FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 9 2015

DAVID J. MALAND, CLERK
BY
DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiffs, | § § § | |
| v. | § § | CASE NO: 4:14-CR-125 |
| FRANK EDWIN PATE<br>Defendant, | | Judge Mazzant |

## MOTION FOR JUDGMENT OF ACQUITTAL

Defendant moves the court under the Federal Rule of Criminal Procedure 29 to enter a judgment of acquittal in the above styled case for the offense of wire fraud and mail fraud, because of insufficient evidence has been presented to support a finding that the defendant is guilty beyond a reasonable doubt.

Respectfully submitted this day 9 of June, 2015

_Frank Pate_

303 E. Gurley St. #238
Prescott, AZ, 86301
frankedwinpate@gmail.com
928-278-3824

Certificate of service

I swear a copy of this has been sent via regular mail to the plaintiff's attorney AUSAJ Andrew Williams.

6/9/15  VIA EMAIL

_____
Frank Pate