# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 08, 2016

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 15-41481   USA v. Frank Pate
                          USDC No. 4:14-CR-125-1

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Angelique D. Batiste, Deputy Clerk
                                      504-310-7715

cc w/encl:
    Ms. Terri Lynn Hagan
    Mr. Seth Kretzer
    Mr. James Andrew Williams

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-41481
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

FRANK EDWIN PATE,

    Defendant - Appellant

**A True Copy**
**Certified order issued Apr 08, 2016**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeals from the United States District Court for the
Eastern District of Texas, Sherman
_____

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the joint motion to vacate the sentence and remand the case to the district court for resentencing is GRANTED.

    IT IS FURTHER ORDERED that appellee's unopposed alternative motion for extension of time until thirty (30) days after denial of the motion to remand is DENIED as MOOT.