## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

March 02, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    Nos. 16-40814 & 16-41317  USA v. Frank Pate
        USDC No. 4:14-CR-125-1

The court has granted appellant's motion to reinstate the appeal and <u>the brief and record excerpts received in this office on February 15, 2017 will be filed as of this date</u>.

By copy of this letter to the appellee, your brief is now due within thirty (30) days of this date or by not later than April 3, 2017.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Amanda Sutton-Foy*

                By: _____
                Amanda Sutton-Foy, Deputy Clerk
                504-310-7670

Mr. David O'Toole
Mr. Frank Edwin Pate
Mr. James Andrew Williams